IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:     :   CASE NO.   3:19-cr-78

     SEALED INDICTMENT     :

               ORDER SEALING INDICTMENT

               :

---

IT IS HEREBY ORDERED, pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure, that the indictment herein be kept secret until further order of the Court.   Until such time, the Clerk is directed to seal the indictment, this order, and the motion of the United States, and no person shall disclose the return of the indictment except when necessary for the issuance and execution of warrant of arrest.

JUDGE WALTER H. RICE
UNITED STATES DISTRICT COURT