IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:19CR078 |
| Plaintiff, | : | JUDGE THOMAS M. ROSE |
| v. | : | |
| JOEY D. WILLIAMS, | : | MOTION TO UNSEAL CASE |
| Defendant. | : | |

Now comes the United States, by counsel, and respectfully requests that the above captioned case be unsealed.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/Brent G. Tabacchi
BRENT G. TABACCHI (IL 6276029)
Assistant United States Attorney
Attorney for Plaintiff
200 West Second Street, Suite 600
Dayton, Ohio 45402
Office: (937) 225-2910
Fax: (937) 225-2564
E-mail: Brent.Tabacchi@usdoj.gov