**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3-CR-78 |
| v. | : | Judge Rose |
| JOEY D. WILLIAMS | : | **MOTION TO CONTINUE** |

For the reasons set forth in the Memorandum below, counsel for the Defendant Joey D. Williams, hereby moves this Court to continue the Trial Date of June 24, 2019 for a reasonable period of time.

MEMORANDUM

Mr. Williams was indicted on April 25, 2019. He was arraigned on April 30, 2019 and entered a plea of not-guilty. On May 16, 2019, this Court entered a Pretrial Order setting  a discovery deadline and a Trial Date of June 24, 2019. Counsel for Defendant has recently received discovery.

In order to review discovery and otherwise adequately prepare for trial, the undersigned hereby respectfully moves this Court for a reasonable continuance of the trial date of June 24, 2019.

Respectfully submitted,

/s/ Patrick J. Hanley
Patrick J. Hanley

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2019, this Motion was filed electronically using the Court's CM/ECF electronic filing system thus resulting in service on all parties to this case.

<u>/s/ Patrick J. Hanley</u>
Patrick J. Hanley